David W. Tufts (SBN 180817)
W. Waldan Lloyd (*pro hac vice*)
Brooke N. Edwards (*pro hac vice*)
**DURHAM JONES & PINEGAR, P.C.**
111 So. Main, Suite 2400
Salt Lake City, Utah 84111
(801) 415-3000
dtufts@djplaw.com; wlloyd@djplaw.com; bnelson@djplaw.com

Chris C. Scheithauer (SBN 184798)
**CALL & JENSEN**
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
(949) 717-3000
cscheithauer@calljensen.com
*Attorneys for Plaintiffs and Third-Party Defendants*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DRAGE, as Trustee of and JACQUELINE PONS-BUNNEY, a Participant in the WEIL & DRAGE RETIREMENT PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>JAY WEIL and JEAN WEIL,<br><br>Defendant.<br><br>AND RELATED THIRD-PARTY CLAIMS, COUNTERCLAIMS AND CROSSCLAIMS | Case No.  8:20-cv-00014-JVS-JDE<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge James V. Selna<br>Magistrate Judge John D. Early<br><br>Complaint Filed:   January 3, 2020<br>Trial Date:   February 16, 2021 |

Pursuant to Fed. R. Civ. P. 41(a)(2), in accordance with the parties' Stipulation re Dismissal with Prejudice, IT IS HEREBY ORDERED that the Complaint (dkt. 1), First Amended Complaint (dkt. 27), Defendant and Third-Party Plaintiff Jean Weil's Third-Party Complaint (dkt. 39), and Third-Party Defendants' Counterclaims/Crossclaims (dkt. 44) in this action are dismissed with prejudice. Each party shall bear its own costs and attorney fees. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

Dated: October 26, 2020  _____
Hon. James V. Selna
United States District Court Judge